## INVESTORS MORTGAGE COMPANY, INC. *v.* HERBERT SMITH ET AL.
### (12252)

FOTI, LANDAU and CRETELLA, Js.

Argued September 22—decision released October 12, 1993

*Herbert Smith,* pro se, with whom, on the brief, was *Lois Smith,* pro se, the appellants (named defendant et al.).

*Ronald D. Japha,* with whom, on the brief, were *Abraham I. Gordon* and *Richard S. Scalo,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.